IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATHANIEL STEPHENSON,

     Appellant,

 v.

Case No.  5D22-2164
LT Case No. 2017-CF-4308

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 24, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Nathaniel Stephenson, Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.